ACCEPTED
15-25-00023-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/17/2025 11:47 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00023-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/17/2025 11:47:10 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

*State of Texas,*

**Appellant,**

**v.**

*Nonparty Patient No. 1, Nonparty Patient No. 2, Nonparty Patient No. 3, Nonparty Patient No. 4, Nonparty Patient No. 5, Nonparty Patient No. 6, Nonparty Patient No. 7, Nonparty Patient No. 8, Nonparty Patient No. 9, Nonparty Patient No. 10, and Nonparty Patient No. 11,*

**Appellees.**

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Cause No. DC-25-01823, The Honorable Monica McCoy Purdy presiding

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
### FOR APPELLEES

**TO THE HONORABLE COURT OF APPEALS:**

Please take notice that Jonathan Hung, of the firm of Winston & Strawn LLP, hereby files a notice of appearance as additional counsel for Appellees in the above-captioned proceeding and requests copies of all future notices and other papers filed in this matter.  Mr. Hung's contact information is included below:

Jonathan Hung
Texas Bar No. 24143033
**WINSTON & STRAWN LLP**
2121 N. Pearl Street

1

Dallas, TX  75201
Houston, TX 77002
Telephone: (214) 453-6500

Dated: March 17, 2025

Respectfully submitted,

**WINSTON & STRAWN LLP**

*/s/ Jervonne D. Newsome*
**Jervonne D. Newsome**
Texas Bar No. 24094869
jnewsome@winston.com
**Thanh D. Nguyen**
Texas Bar No. 24126931
tdnguyen@winston.com
**Jonathan Hung**
Texas Bar No. 24143033
JOHung@winston.com
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

**William M. Logan**
Texas Bar No. 24106214
wlogan@winston.com
**Evan D. Lewis**
Texas Bar No. 24116670
edlewis@winston.com
**Olivia A. Wogon**
Texas Bar No. 24137299
owogon@winston.com
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

**COUNSEL FOR
NONPARTY PATIENTS/
APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, an electronic copy of this notice was served on all counsel of record through the Court's e-filing system.


/s/ *William M. Logan*
William M. Logan

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of Jervonne Newsome
Bar No. 24094869
LFowler@winston.com
Envelope ID: 98524412
Filing Code Description: Other Document
Filing Description: NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR APPELLEES
Status as of 3/17/2025 11:52 AM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David G. Shatto | | david.shatto@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
| Christopher Molak | | christopher.molak@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |

Associated Case Party: Nonparty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Logan | 24106214 | wlogan@winston.com | 3/17/2025 11:47:10 AM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 3/17/2025 11:47:10 AM | SENT |
| Jonathan Hung | | JOHung@winston.com | 3/17/2025 11:47:10 AM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 3/17/2025 11:47:10 AM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 3/17/2025 11:47:10 AM | SENT |
| Olivia Wogon | | owogon@winston.com | 3/17/2025 11:47:10 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Walsh | 791874 | dwalsh@katxlaw.com | 3/17/2025 11:47:10 AM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of Jervonne Newsome
Bar No. 24094869
LFowler@winston.com
Envelope ID: 98524412
Filing Code Description: Other Document
Filing Description: NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR APPELLEES
Status as of 3/17/2025 11:52 AM CST

Case Contacts

| Pauline Sisson | | pauline.sisson@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
|---|---|---|---|---|
| David Phillips | | DPhillips@winston.com | 3/17/2025 11:47:10 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 3/17/2025 11:47:10 AM | SENT |
| Jamie Vargo | | JVargo@winston.com | 3/17/2025 11:47:10 AM | SENT |
| Houston Docket | | ecf_houston@winston.com | 3/17/2025 11:47:10 AM | SENT |